IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLDENT CORPORATION | CASE NO. 13 C 638 |
| Plaintiff, | |
| v. | JUDGE RONALD A. GUZMAN |
| INTERNATIONAL PLASTICS LLC, *et al.* | MAGISTRATE JUDGE MARIA VALDEZ |
| Defendants | |

## AGREED ORDER

THIS CAUSE coming to be heard by agreement of the parties, the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

The Temporary Restraining Order entered by this Court on February 22, 2013 (d/e # 29, 30) and extended by Agreed Order entered by this Court on February 28, 2013 (d/e # 39, 40) is hereby extended, by agreement of plaintiff and all defendants, through 5:00 p.m. on May 3, 2013.

ENTERED:

_____
Judge

Date: 3/14/2013