**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Intelldent Corporation
                              Plaintiff,

v.                                                             Case No.: 1:13−cv−00638
                                                          Honorable Ronald A. Guzman

International Plastics LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 2, 2013:

      MINUTE entry before Honorable Maria Valdez: Counsel for Plaintiff advised the Court telephonically that parties have reached settlement in principle. Therefore, the Preliminary injunction hearing set for 4/15/13 and 4/19/13 are hereby stricken. Counsel for Plaintiff feels there is no reason for the referral to remain open. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Honorable Maria Valdez no longer referred to the case.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.