**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Intelldent Corporation
                                Plaintiff,

v.                                                      Case No.: 1:13–cv–00638
                                                      Honorable Ronald A. Guzman

International Plastics LLC, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 17, 2013:

       MINUTE entry before Honorable Ronald A. Guzman: All matters in controversy having been settled, the above−entitled case is hereby dismissed with prejudice. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.